# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TYLER HERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 5:20-cv-00094-R |
| | ) |
| SIG SAUER, INC., | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff Tyler Herman, by and through his attorney of record, Jerri K. Neighbors, and hereby move for the dismissal without prejudice of this proceeding under Federal Rule of Civil Procedure 41(2).

Counsel for Defendant has been contacted and has advised that Defendant does have an objection to a dismissal without prejudice and will file its objection accordingly.

WHEREFORE, Plaintiff seeks an Order from this Court allowing him to dismiss the above cause without prejudice to refiling.

    s/Jerri K. Neighbors
    JERRI K. NEIGHBORS, OBA #19051
    SettlePou
    400 N Walker, Ste. 220
    Oklahoma City, OK 73102
    405-418-2083 (O)
    405-604-0392 (F)
    JNeighbors@settlepou.com
    *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2020, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participates of the ECF System.

                                                  s/Jerri K. Neighbors
                                                  Jerri K. Neighbors