IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TYLER HERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 5:20-cv-00094-R |
| | ) |
| SIG SAUER, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff's Motion for Dismissal Without Prejudice [Doc. 27] is granted. However, should Plaintiff refile this case, he will not be allowed to proceed without paying Defendant any duplicative costs and attorney's fees caused by the refiling.

IT IS SO ORDERED this 3rd day of November 2020.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE